PEOPLE v. PRONCE

Appeal from Recorder's Court of Detroit, Geraldine Bledsoe Ford, J. Submitted Division 1 February 4, 1969, at Detroit. (Docket No. 4,502.) Decided March 26, 1969. Leave to appeal denied October 13, 1969. See 382 Mich 785.

Ali Pronce, also known as Charles C. Boyd, was convicted of larceny from the person of another. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Samuel J. Torina,* Chief Appellate Lawyer, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*Gerald F. Wigle,* for defendant on appeal.

BEFORE: LEVIN, P. J., and J. H. GILLIS and V. J. BRENNAN, JJ.

PER CURIAM. Defendant Ali Pronce was tried without a jury and convicted of larceny from the person of another contrary to CL 1948, § 750.357 (Stat Ann 1954 Rev § 28.589). On appeal he contends that he was denied the right to effective assistance of counsel; that the evidence failed to establish his identity as the perpetrator of the crime beyond a reasonable doubt; and that he did not voluntarily

and intelligently waive the right to trial by jury. The appellee has filed a motion to affirm the conviction.

The defendant expressly waived a jury trial. At the trial witnesses identified the defendant as the perpetrator of the crime. Our examination of the record convinces us that the defendant was not denied the effective assistance of counsel. The questions presented here on appeal are unsubstantial and require no formal argument or submission.

The motion to affirm the defendant's conviction is granted.